IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MARC ROVNER, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> BAKER HUGHES INCORPORATED, CLARENCE P. CAZALOT, JR., MARTIN S. CRAIGHEAD, LYNN L. ELSENHANS, ANTHONY G. FERNANDES, CLAIRE W. GARGALLI, PIERRE H. JUNGELS, JAMES A. LASH, J. LARRY NICHOLS, JAMES W. STEWART, CHARLES L. WATSON, GREGORY BRENNEMAN, WILLIAM H. EASTER III, HALLIBURTON COMPANY, and RED TIGER LLC, <br><br> Defendants. | Case No. 4:14-cv-03416 <br><br> **CLASS ACTION** |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE THAT pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Marc Rovner hereby voluntarily dismisses this action in its entirety without prejudice.

Dated: March 20, 2015

Respectfully submitted,

/s/ William B. Federman
William B. Federman
TX Bar No. 00794935 / SDTX Bar No. 21540
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Avenue
Oklahoma City, OK 73120
405-235-1560
405-239-2112 facsimile
- and -
2926 Maple Avenue, Suite 200
Dallas, TX 75201
*Attorneys for Plaintiff*

1

## CERTIFICATE OF SERVICE

This is to certify that on March 20, 2015, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/ William B. Federman