IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Marc Rovner,<br>    Plaintiff, | § § § | |
| v. | § | CIVIL ACTION NO. H-14-3416 |
| Baker Hughes Incoporated, et al,<br>    Defendants. | § § § § | |

## O R D E R

In accordance with the Notice of Dismissal filed on March 20, 2015 (docket entry no. 30), this action is dismissed without prejudice.

**SIGNED** at Houston, Texas, on this 23rd day of March, 2015.

                                                    SIM LAKE
                                      UNITED STATES DISTRICT JUDGE